UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02592-MEH

FRED NEKOUEE, individually,                  :
                                                       :
           Plaintiff,                           :
                                                       :
vs.                                                              :
                                                           :
CPLG PROPERTIES L.L.C., a Delaware limited : 
liability company;                           :
                                                        :
           Defendant.                   :
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that Defendant CPLG PROPERTIES L.L.C. has reached a settlement in principle with Plaintiff Fred Nekouee. The parties expect to perfect the settlement agreement in the next 14 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

      I certify that on October 6, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                                                 s/Robert J. Vincze
                                                 Robert J. Vincze (CO #28399)