IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02592-MEH

FRED NEKOUEE,

     Plaintiff,

v.

CPLG PROPERTIES L.L.C.,

     Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

     Before the Court is Plaintiff's Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [filed October 22, 2020; ECF 11]. The case was dismissed with prejudice as of the entry of the Notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment") (emphasis added)); Fed. R. Civ. P. 41(a)(1)(B) ("*Unless the notice or stipulation states otherwise*, the dismissal is without prejudice.") (emphasis added)). No order of dismissal is necessary.

     Dated and entered at Denver, Colorado, this 23rd day of October, 2020.

                                          BY THE COURT:

                                          */s/ Michael E. Hegarty*

                                          Michael E. Hegarty
                                          United States Magistrate Judge